UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NFG HOUSING PARTNERS, L.P., | ) |
|        Plaintiff | ) |
| v. | ) Case 2:22-cv-00011-GZS |
| LORRAINE SAINT PIERRE, | ) |
|        Defendant | ) |

## **NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Plaintiff NFG Housing Partners, L.P. in the above-captioned matter.

Dated at Portland, Maine this 14th day of January 2022.

                                        */s/James B. Haddow, Esq.*
                                        James B. Haddow, Esq.
                                        Attorney for Plaintiff NFG Housing Partners, L.P.

PETRUCCELLI, MARTIN & HADDOW, LLP
2 Monument Square, Suite 900
P.O. Box 17555
Portland, Maine 04112-8555
(207) 775-0200
jhaddow@pmhlegal.com

# Certificate of Service

I hereby certify that on January 14, 2022, I filed the above NOTICE OF APPEARANCE electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the CM/ECF system and by both email and First-Class mail to Defendant Lorraine Saint Pierre at the following address:

    LORRAINE SAINT PIERRE
    147 ALLEN AVENUE APT 14
    PORTLAND, ME 04103
    luhren@gmail.com

    */s/ James B. Haddow, Esq.*
    James B. Haddow, Esq.
    Attorney for Plaintiff NFG Housing Partners, L.P.
    PETRUCCELLI, MARTIN & HADDOW, LLP
    2 Monument Square, Suite 900
    P.O. Box 17555
    Portland, Maine 04112-8555
    (207) 775-0200
    jhaddow@pmhlegal.com